*IT IS SO ORDERED*
*[signature] Judge Susan Illston*

Stay Continued until 9/30/15.  Joint Statement due on September 25, 2015.

ROBERT E. FREITAS (SBN 80948)
rfreitas@fawlaw.com
DANIEL J. WEINBERG (SBN 227159)
dweinberg@fawlaw.com
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, CA  94065
Telephone:     (650) 593-6300
Facsimile:     (650) 593-6301

Attorneys for Plaintiff
MLC INTELLECTUAL PROPERTY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC.,<br><br>Defendant. | Case No.  3:14-cv-03657 SI<br><br>**JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW INSTITUTION DECISION**<br><br>The Honorable Susan Illston |

Pursuant to the Court's Order Granting Defendant's Motion to Stay (Dkt. No. 31), MLC Intellectual Property, LLC ("MLC") and Micron Technology, Inc. ("Micron") jointly report that on July 20, 2015, the Patent Trial and Appeal Board of the Patent and Trademark Office ("PTAB") issued a decision denying institution of an *inter partes* review of any challenged claim of U.S. Patent No. 5,764,571 (the "'571 patent").  Ex. A, IPR2015-00504, Paper 8 at 16.

MLC submits that the stay, entered February 3, 2015, should immediately be lifted and requests that the Court reschedule the case management conference previously set for March 20, 2015.

Micron submits that the stay, entered February 3, 2015, should remain in place until such

time that the PTAB rules on Micron's planned request for rehearing of the PTAB's decision refusing to institute the *inter partes* review. The deadline for filing Micron's request for rehearing is August 19, 2015. Requests for rehearing are typically resolved quickly. For example, a review of recent PTAB decisions shows that the PTAB takes, on average, approximately 36 days from time of filing to issue its decision on requests for rehearing.[1] As a result, maintaining the current stay in place until Micron has exhausted the administrative procedures available before the PTAB would not result in any tangible prejudice to Plaintiff. Micron requests that the parties be required to jointly notify the Court upon receipt of the PTAB's decision on Micron's request for rehearing. At that time, the Court may lift the stay or keep it in place pending final resolution of the *inter partes* review, if instituted.

Respectfully submitted,

Dated: July 27, 2015

FREITAS ANGELL & WEINBERG LLP

*/s/Daniel J. Weinberg*
Robert E. Freitas
Daniel J. Weinberg
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

Attorneys for Plaintiff
MLC INTELLECTUAL PROPERTY LLC

---

[1] *See* Paper No. 15, *Daicel Corp. v. Celanese Intl. Corp.*, IPR2015-00173 (June 26, 2015) (56 days to decision); Paper No. 18, *Merial Ltd. v. Virbac*, IPR2014-01279 (April 15, 2015) (55 days to decision); Paper No. 21, *TRW Automotive US LLC v. Magna Electronics, Inc.*, IPR2014-00266 (August 11, 2014) (32 days to decision); Paper No. 13, *FourSquare Labs, Inc. v. Silver State Intellectual Technologies, Inc.*, IPR2014-00159 (August 1, 2014) (51 days to rehearing decision); Paper No. 14, *Facebook, Inc. v. Rembrandt Social Media, L.P.*, IPR2014-00415 (July 31, 2014) (10 days to rehearing decision); Paper No. 36, *K-40 Electronics, LLC v. Escort, Inc.*, IPR2013-00203 (May 30, 2014) (7 days to decision); Paper No. 23, *Synopsys, Inc. v. Mentor Graphics Corporation,* IPR2014-00920 (January 22, 2015) (23 days to rehearing decision); Paper No. 28,*Spectra Logic Corporation v. Overland Storage, Inc.,* IPR2013-00357 (January 8, 2015) (12 days to decision); Paper No. 10, *HTC Corporation and HTC America, Inc. v. E-Watch, Inc. and E-Watch Corporation,*IPR2014-00987 (January 7, 2015) (15 days to decision); Paper No. 10, *Torrent Pharmaceutical LTD. v. Merck Frosst Canada & Co.,* IPR2014-00559 (January 7, 2015) (70 days to decision); Paper No. 17, *The Jewelry Channel, Inc. USA d/b/a Liquidation Channel v. America's Collectibles Network, Inc.,*CBM2014-00119 (January 6, 2015) (64 days to decision).

| | |
|---|---|
| Dated: July 27, 2015 | FISH & RICHARDSON P.C.<br><br>*/s/Michael Headley*<br>Michael Headley (SBN 220834)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>headley@fr.com<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br><br>Timothy W. Riffe (*Pro Hac Vice*)<br>Adam R. Shartzer (*Pro Hac Vice*)<br>FISH & RICHARDSON P.C.<br>1425 K. Street, N.W., 11th Floor<br>Washington, DC 20005<br>Telephone: (202) 783-5070<br>Facsimile: (202) 783-2331<br><br>Attorneys for Defendant<br>MICRON TECHNOLOGY, INC. |

## ATTESTATION

I, Daniel J. Weinberg, am the ECF User whose ID and password are being used to file this **JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW INSTITUTION DECISION**. I attest that, pursuant to United States District Court, Northern District of California Civil L.R. 5-1(i)(3) and General Order 45, concurrence in the filing of this document has been obtained from Counsel for Defendant Micron Technology, Inc.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 27, 2015                                    */s/Daniel J. Weinberg*
                                                                           Daniel J. Weinberg