

1  ROBERT E. FREITAS (SBN 80948)
   rfreitas@fawlaw.com
2  DANIEL J. WEINBERG (SBN 227159)
   dweinberg@fawlaw.com
3  FREITAS ANGELL & WEINBERG LLP
   350 Marine Parkway, Suite 200
4  Redwood Shores, CA  94065
   Telephone:     (650) 593-6300
5  Facsimile:     (650) 593-6301

6  Attorneys for Plaintiff
   MLC INTELLECTUAL PROPERTY, LLC

SEE PAGE 2 FOR ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MLC INTELLECTUAL PROPERTY, LLC, | Case No.  3:14-cv-03657 SI |
|---|---|
| Plaintiff, | **JOINT REPORT REGARDING** *INTER PARTES* **REVIEW** |
| v. | The Honorable Susan Illston |
| MICRON TECHNOLOGY, INC., | |
| Defendant. | |

Pursuant to the Court's July 28, 2015 Order continuing the stay until September 30, 2015 and requiring a joint statement by September 25, 2015 (Dkt. No. 35), MLC Intellectual Property, LLC ("MLC") and Micron Technology, Inc. ("Micron") provide this Joint Report.  On August 19, 2015, Micron filed a request with the Patent Trial and Appeal Board (the "Board") of the U.S. Patent and Trademark Office seeking rehearing of the decision not to institute an *inter partes* review of U.S. Patent No. 5,764,571.  The *inter partes* review trial practice guide provides that "[t]he Board envisions that, absent a need for additional briefing by an opponent, requests for rehearing will be decided approximately one month after receipt of the request."  77 Fed. Reg. 48768.  As of the filing of this report, the Board has not requested MLC to file a response to Micron's rehearing request and Micron's request has not been decided.

1    On February 3, 2015, the parties filed a Stipulation and [Proposed] Order Regarding
2    Briefing Schedule for the Claim Construction Hearing.  Dkt. No. 30.  Later that day, the Court
3    granted Micron's motion to stay the case pending *inter partes* review.  Dkt. No. 31.  As a result of
4    the stay, various deadlines and events on the Court's calendar were vacated.  *See id.* at 5
5    ("Because this action is stayed, the case management conference scheduled for March 20, 2015,
6    is VACATED."); February 4, 2015 Docket Text (vacating June 10, 2015 Tutorial and June 17,
7    2015 Claim Construction Hearing).

8    **MLC's Position:**

9    MLC requests that the Court reschedule the case management conference previously set
10   for March 20, 2015.

11   ~~Micron's Position:~~   ORDERED:

12   In view of the Board's pending Decision on Rehearing, Micron respectfully requests the
13   Court extend the existing stay for at least one month to Friday, October 30, 2015, with a joint
14   status report due Monday, October 26, 2015.  Should the Board issue its decision before October
15   26, 2015, the parties would jointly report the decision within three business days thereafter.

16           Respectfully submitted,

18   Dated:  September 25, 2015           FREITAS ANGELL & WEINBERG LLP

19                                        */s/Daniel J. Weinberg*
20                                        Robert E. Freitas
                                          Daniel J. Weinberg
21                                        FREITAS ANGELL & WEINBERG LLP
                                          350 Marine Parkway, Suite 200
22                                        Redwood Shores, CA 94065
                                          Telephone: (650) 593-6300
23                                        Facsimile: (650) 593-6301

24                                        Attorneys for Plaintiff
25                                        MLC INTELLECTUAL PROPERTY LLC

| | | |
|---|---|---|
| 1 | Dated:  September 25, 2015 | FISH & RICHARDSON P.C. |
| 2 | | */s/Michael Headley* |
| 3 | | Michael Headley (SBN 220834) |
| | | FISH & RICHARDSON P.C. |
| 4 | | 500 Arguello Street, Suite 500 |
| | | Redwood City, CA 94063 |
| 5 | | headley@fr.com |
| | | Telephone: (650) 839-5070 |
| 6 | | Facsimile: (650) 839-5071 |
| 7 | | |
| | | Timothy W. Riffe (*Pro Hac Vice*) |
| 8 | | Adam R. Shartzer (*Pro Hac Vice*) |
| | | FISH & RICHARDSON P.C. |
| 9 | | 1425 K. Street, N.W., 11th Floor |
| | | Washington, DC 20005 |
| 10 | | Telephone: (202) 783-5070 |
| | | Facsimile: (202) 783-2331 |
| 11 | | |
| | | Attorneys for Defendant |
| 12 | | MICRON TECHNOLOGY, INC. |

**ATTESTATION**

I, Daniel J. Weinberg, am the ECF User whose ID and password are being used to file this **JOINT REPORT REGARDING *INTER PARTES* REVIEW**.  I attest that, pursuant to United States District Court, Northern District of California Civil L.R. 5-1(i)(3) and General Order 45, concurrence in the filing of this document has been obtained from Counsel for Defendant Micron Technology, Inc.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 25, 2015

*/s/Daniel J. Weinberg*
Daniel J. Weinberg