ROBERT E. FREITAS (SBN 80948)
rfreitas@fawlaw.com
DANIEL J. WEINBERG (SBN 227159)
dweinberg@fawlaw.com
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, CA  94065
Telephone:   (650) 593-6300
Facsimile:    (650) 593-6301

Attorneys for Plaintiff
MLC Intellectual Property, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC.,<br><br>                Defendant. | Case No.  3:14-cv-03657 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEADLINE TO SUBMIT JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

1    Plaintiff MLC Intellectual Property, LLC ("MLC") and defendant Micron Technology,
2  Inc. ("Micron") respectfully submit the following Stipulation and [Proposed] Order to Continue
3  Case Management Conference and Deadline to Submit Joint Case Management Conference
4  Statement.
5    WHEREAS, MLC filed a Motion to Lift Stay on February 24, 2016. (Dkt. No. 40.)
6    WHEREAS, a hearing on MLC's Motion to Lift Stay was set for April 15, 2016 at 9:00
7  a.m. before the Honorable Susan Illston.
8    WHEREAS, on March 29, 2016, the Court granted the motion, vacated the hearing, and
9  scheduled a case management conference for April 15, 2016 at 3:00 p.m. (Dkt. Nos. 43 & 44.)
10   WHEREAS, MLC's counsel has a scheduling conflict on April 15, 2016 and seeks to
11  continue the case management conference to a date convenient for the Court and all counsel.
12   WHEREAS, Micron's counsel has scheduling conflicts on April 22, 2016 and April 29,
13  2016.
14   WHEREAS, the next available date on the Court's Further Case Management Conference
15  schedule on which counsel for MLC and counsel for Micron are available is May 6, 2016 at 3:00
16  p.m.
17   WHEREAS, the deadline to submit a joint case management conference statement in
18  advance of the scheduled April 15, 2016 further case management conference is Friday, April 8,
19  2016.
20   WHEREAS, there has been one prior time modification in the case for Micron to respond
21  to MLC's complaint. (Dkt. No. 12.)
22   WHEREAS, the requested time modification will not have an effect on the schedule for
23  the case.
24   NOW, THEREFORE, pursuant to Civil L.R. 6-1(b), 6-2, 7-12, it is hereby STIPULATED
25  AND AGREED, by and between the parties, that the Further Case Management Conference be
26  continued from April 15, 2016 at 3:00 p.m. to May 6, 2016 at 3:00 p.m. and the deadline to
27  submit the case management conference statement be continued from April 8, 2016 to April 29,
28  2016.

Dated: April 7, 2016       FREITAS ANGELL & WEINBERG LLP

  */s/Daniel J. Weinberg*
  Daniel J. Weinberg
  Attorneys for Plaintiff
  MLC Intellectual Property, LLC

Dated: April 7, 2016       FISH & RICHARDSON P.C.

  */s/Michael R. Headley*
  Michael R. Headley
  Attorneys for Defendant
  Micron Technology, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/11/16

  Hon. Susan Illston
  United States District Judge

**ATTESTATION**

I, Daniel J. Weinberg, am the ECF User whose ID and password are being used to file this **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**. I attest that, pursuant to United States District Court, Northern District of California Civil L.R. 5-1(i)(3) and General Order 45, concurrence in the filing of this document has been obtained from Counsel for Defendant Micron Technology, Inc. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 7, 2016

  */s/Daniel J. Weinberg*
  Daniel J. Weinberg