UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MICRON TECHNOLOGY, INC.,<br><br>　　　　　　　　Defendants. | Case No. 14-cv-03657-SI<br><br>**ORDER RESCHEDULING SUMMARY JUDGMENT MOTIONS AND SETTING NEW BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY**<br><br>Re: Dkt. No. 106 |

　　　　The Court has received the parties' stipulation and proposed order regarding the briefing schedule for defendant's motion for summary judgment of invalidity. In order to accommodate the parties' need for additional time as well as the Court's calendar, the Court reschedules the hearing on both pending motions for summary judgment (Dkt. Nos. 97 and 103) to February 24, 2017 at 10:00 a.m. The Court modifies the briefing schedule on defendant's motion for summary judgment of invalidity as follows: plaintiff's opposition is due January 13, 2016 and defendant's reply is due January 25, 2017.

　　　　**IT IS SO ORDERED**.

Dated: January 5, 2017

_____
SUSAN ILLSTON
United States District Judge