| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

MLC INTELLECTUAL PROPERTY, LLC,

    Plaintiffs,

v.

MICRON TECHNOLOGY, INC., et al.,

    Defendants.

Case No. 14-cv-03657-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: n/a at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: December 20, 2017.

DESIGNATION OF EXPERTS: January 19, 2018; REBUTTAL: February 9, 2018;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: March 30, 2018.

DAUBERT MOTIONS **SHALL** be filed by; April 13, 2018;
    Opp. Due: April 27, 2018; Reply Due: May 4, 2018;
    and set for hearing no later than May 18, 2018 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 26, 2018 at 3:30 PM.

JURY TRIAL DATE: July 9, 2018 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By May 24, 2017, the parties shall submit a proposed protective order, schematics, and file a letter indicating the discovery issues that have been resolved.

By August 31, 2017, substantial document production shall be completed.

The Court will review the issues re: the proper direction of analysis for the "one-way" OTDP inquiry and claim construction.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 5/15/17

SUSAN ILLSTON
United States District Judge