|   |   |
|---|---|
| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | |
| MLC INTELLECTUAL PROPERTY, LLC,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MICRON TECHNOLOGY, INC., et al.,<br><br>　　　　Defendants. | Case No. 14-cv-03657-SI (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 5, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: December 14, 2018.

DESIGNATION OF EXPERTS: January 25, 2019; REBUTTAL: February 22, 2019;
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: March 15, 2019.

DAUBERT AND MOTIONS IN-LIMINE: 5/31/19 at 9:00 a.m.
　　(Motion due: 4/5/19, Opposition: 5/3/19, Reply: 5/10/19)

PRETRIAL CONFERENCE DATE: July 23, 2019 at 3:30 PM.
　　Pretrial Meet and Confer deadline 3/22/19, Joint Pretrial Conference Statement due:
　　4/5/19, Joint Proposed Jury Instructions, Voir Dire, and Verdict Form Due: 4/26/19.

JURY TRIAL DATE: August 5, 2019 at 8:30 AM.
　　Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By August 3, 2018, the parties shall either file a stipulation re: construction or letter indicating that they were not able to come to an agreement.

The Court will review the issues re: the proper direction of analysis for the "one-way" OTDP inquiry and claim construction.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 7/23/18

SUSAN ILLSTON
United States District Judge

2