UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC.,<br><br>Defendant. | Case No. 14-cv-03657-SI<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON PLAINTIFF'S MOTION FOR SANCTIONS AND CONTINUING HEARING ON DEFENDANT'S MOTION TO AMEND INVALIDITY CONTENTIONS**<br><br>Re: Dkt. No. 216 |

Plaintiff has filed an administrative motion to shorten time for the briefing and hearing schedule on plaintiff's motion for sanctions. The Court has reviewed plaintiff's motion and defendant's opposition thereto, and sets the following schedule:

Defendant shall file its opposition to the sanctions motion on November 6, and plaintiff shall file its reply on November 8. The Court will hold a hearing on November 15, 2018 at 11:00 a.m. In the interest of efficiency, the Court continues the hearing on defendant's motion to amend its invalidity contentions to from November 13 to November 15, 2018 at 11:00 a.m.

**IT IS SO ORDERED**.

Dated: October 26, 2018

_____
SUSAN ILLSTON
United States District Judge