UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC.,<br><br>Defendants. | Case No. 14-cv-03657-SI<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 250 |

On December 7, 2018, the Federal Circuit decided *Novartis Pharmaceuticals Corp. v. Breckenridge Pharmaceutical Inc.*, Case No. 2017-2173, ___ F.3d ___ (Fed. Cir. Dec. 7, 2018). The Federal Circuit held that a later-filed, earlier-expiring post-URAA patent is not a proper obviousness-type double patenting ("OTDP") reference that can be used to invalidate an earlier-filed, later-expiring pre-URAA patent. Plaintiff contends that this decision renders defendant's OTDP defense moot. Dkt. No. 250.

The Court is inclined to agree with plaintiff that *Novartis* precludes defendant's OTDP defense, as the two patents upon which defendant relies as invalidating references, the '851 and '814 patents, are post-URAA patents that were filed after, and expired before, the pre-URAA '571 patent. Defendant is hereby directed to file a letter no later than **December 18, 2018**, informing the Court of its position regarding the viability of its OTDP defense post-*Novartis*. If defendant contends that it may still pursue this defense, the Court will issue a further order regarding what further proceedings are necessary to resolve this issue.

**IT IS SO ORDERED**.

Dated: December 13, 2018

SUSAN ILLSTON
United States District Judge