UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC,<br>Plaintiff,<br>v.<br>MICRON TECHNOLOGY, INC.,<br>Defendant. | Case No. 14-cv-03657-SI<br><br>**ORDER OF REFERRAL**<br>Re: Dkt. No. 259-8 |

The Court hereby REFERS the following discovery dispute to a Magistrate Judge for resolution: defendant's motion to compel discovery regarding communications between plaintiff's CEO Jerry Banks and plaintiff's Chairman and Counsel, Robert Hinckley. Dkt. No. 259-8. Plaintiff asserts that these communications are covered by the attorney-client privilege.

This order of referral only applies to this discovery dispute and not any other pending discovery matter.

**IT IS SO ORDERED**.

Dated: January 11, 2019

_____
SUSAN ILLSTON
United States District Judge