# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC, <br><br>Plaintiff, <br><br>v. <br><br>MICRON TECHNOLOGY INC., et al., <br><br>Defendants. | Case No. 19-mc-80047-TSH <br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED**, to the Honorable Judge Susan Illston for consideration of whether the case is related to *MLC Intellectual Property, LLC v. Micron Technology, Inc.,* No. 3:14-cv-3657-SI.

**IT IS SO ORDERED.**

Dated: February 25, 2019

THOMAS S. HIXSON
United States Magistrate Judge