UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC, <br> Plaintiff, <br> v. <br> MICRON TECHNOLOGY, INC., <br> Defendants. | Case No. 14-cv-03657-SI <br><br> **ORDER RE: SCHEDULE FOR MICRON'S MOTION TO STRIKE EXPERT REPORT** <br><br> Re: Dkt. No. 347 |

The Court has received the parties' March 7, 2019 letter requesting a telephone conference and setting forth competing proposals for scheduling Micron's forthcoming motion to strike MLC's expert report. The Court finds that a telephone conference is unnecessary. The Court concludes that MLC's proposed schedule is better because it does not delay the current pretrial schedule and because the Court's assessment of the issues will be aided by expert testimony.

Accordingly, the Court ORDERS as follows: Micron's motion to strike shall be briefed during expert discovery, with Micron's motion due March 20, 2019; MLC's opposition due March 29, 2019; MLC's reply due April 5, 2019; and the hearing is set for April 12, 2019 at 10:00 a.m. No other deadlines are changed.

**IT IS SO ORDERED**.

Dated: March 8, 2019

_____
SUSAN ILLSTON
United States District Judge