UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., et al.,<br><br>Defendants. | Case No. 14-cv-03657-SI (JCS)<br><br>**ORDER DENYING MOTION TO COMPEL AND VACATING MOTION HEARING**<br><br>Re: Dkt. No. 302 |

In response to the Court's March 15, 2019 Order, MLC has produced a privilege log in connection with Micron's Motion to Compel and the parties filed a joint letter addressing their remaining disputes. The Court has reviewed MLC's privilege log and finds that it is adequate. Accordingly, the Motion to Compel is DENIED and the hearing on that motion that is currently set for March 15, 2019 at 2:00 p.m. is vacated.

**IT IS SO ORDERED.**

Dated: March 11, 2019

JOSEPH C. SPERO
Chief Magistrate Judge