UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC.,<br><br>Defendants. | Case No. 14-cv-03657-SI<br><br>**ORDER RE: ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF MICRON'S MOTION TO STAY PENDING REEXAMINATION**<br><br>Re: Dkt. No. 358 |

On March 12, 2019, defendant Micron filed an administrative motion for leave to file under seal portions of its motion to stay pending reexamination. Dkt. No. 358. Mr. Riffe's declaration in support of the administrative motion states that the material sought to be sealed was designated as confidential by MLC. Riffe Decl. ¶ 3 (Dkt. No. 358-1). Pursuant to Civil Local Rule 79-5(e)(1), MLC, as the designating party, was required to file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable. MLC did not file a declaration.

Accordingly, the Court orders as follows: MLC shall have until March 25, 2019 to file the required declaration. If MLC does not do so, the Court will deny the administrative motion to seal and the material shall be filed publicly.

Counsel are reminded to follow the Local Rules regarding administrative motions to seal and to file the necessary declarations for all pending and future administrative motions to seal.

**IT IS SO ORDERED**.

Dated: March 22, 2019

_____
SUSAN ILLSTON
United States District Judge