UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC.,<br><br>Defendant. | Case No. 14-cv-03657-SI<br><br>**ORDER DENYING MICRON'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RESPONSE TO LETTER FROM MARINO TO COMPEL SHIRLEY DEPOSITION**<br><br>Re: Dkt. No. 368 |

Micron has filed an administrative motion to file under seal Micron's response to MLC's motion to compel the deposition of Mr. Brian Shirley. Dkt. No. 368. Micron seeks to file a letter with two redactions as well as the entirety of Exhibit A (Mr. Kaplan's deposition testimony) under seal. The Court has reviewed the material at issue and finds that none of it is confidential. While the discovery motion relates generally to the 2013 NDA, which the Court has permitted to be filed under seal, neither the letter nor the Kaplan deposition testimony quotes from the NDA, and indeed the material sought to be sealed (such as "that Mr. Shirley signed" on page 2 of the March 20, 2019 letter) is already in the public record. *See e.g.*, Dkt. No. 361, 369. Accordingly, Micron's administrative motion is DENIED.

**IT IS SO ORDERED**.

Dated: March 22, 2019

SUSAN ILLSTON
United States District Judge