UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC.,<br><br>Defendant. | Case No. 14-cv-03657-SI<br><br>**ORDER DENYING MICRON'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL MOTION TO STAY; DIRECTING MICRON TO FILE MOTION TO STAY IN PUBLIC RECORD AND DIRECTING MICRON TO FILE RESPONSE TO MOTION TO COMPEL SHIRLEY DEPOSITION IN PUBLIC RECORD**<br><br>Re: Dkt. Nos. 358, 369 |

In an order filed March 22, 2019, the Court directed MLC to file by March 25, 2019 a declaration in support of Micron's administrative motion to file under seal portions of its motion to stay pending reexamination. Dkt. Nos. 358, 372. The Court notified MLC that the failure to file a declaration showing why the material designated by MLC as confidential should be filed under seal would result in the denial of the administrative motion. MLC did not file a declaration.

Accordingly, the Court DENIES Micron's administrative motion to file under seal portions of the motion to stay pending reexamination. Micron is directed to promptly file an unredacted version of the motion and all supporting exhibits in the public record.

In addition, on March 22, 2019, the Court denied Micron's administrative motion to file under seal its response to MLC's motion to compel Mr. Shirley's deposition. Dkt. No. 374. Accordingly, Micron is directed to promptly file an unredacted version of the letter and the

supporting exhibits in the public record.

**IT IS SO ORDERED**.

Dated: March 26, 2019

_____
SUSAN ILLSTON
United States District Judge