UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC.,<br><br>Defendant. | Case No. 14-cv-03657-SI<br><br>**ORDER RE: MICRON'S REQUEST FOR SANCTIONS AGAINST MLC AND RONALD EPSTEIN**<br><br>Re: Dkt. No. 399 |

On April 4, 2019, Micron filed a letter requesting sanctions against MLC and its expert Ronald Epstein pursuant to, *inter alia*, Federal Rule of Civil Procedure 37. Dkt. No. 399.

Micron's letter is procedurally improper. Civil Local Rule 37-4 provides that a motion for discovery sanctions under Rule 37 must be filed as a noticed motion and in accordance with Civil Local Rules 7-2 and 7-8. Further, this Court's standing order regarding discovery disputes requires that parties meet and confer in person prior to the filing of a discovery dispute. It is not clear from Micron's letter whether counsel met and conferred in person prior to the filing of the letter.

Accordingly, the Court DENIES Micron's request for sanctions without prejudice to renewal as a noticed motion and only after counsel have engaged in an in-person meet and confer regarding all matters raised in the April 4, 2019 letter.

**IT IS SO ORDERED**.

Dated: April 8, 2019

SUSAN ILLSTON
United States District Judge