UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC.,<br><br>Defendant. | Case No. 14-cv-03657-SI<br><br>**ORDER GRANTING MOTION TO SHORTEN TIME WITH RESPECT TO MICRON'S MOTION TO STRIKE EPSTEIN DECLARATION**<br><br>Re: Dkt. No. 397 |

The Court GRANTS Micron's motion to shorten time with respect to Micron's motion to strike the Epstein declaration as follows: MLC's opposition is due April 15 by 4 pm, Micron's reply is due April 17 by noon, and the hearing will be on April 19, 2019 at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: April 9, 2019

SUSAN ILLSTON
United States District Judge