Ruffin B. Cordell (Admitted Pro Hac Vice / cordell@fr.com)
Timothy W. Riffe (Admitted Pro Hac Vice / riffe@fr.com)
Adam R. Shartzer (Admitted Pro Hac Vice / shartzer@fr.com)
R. Andrew Schwentker (Admitted Pro Hac Vice / schwentker@fr.com)
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, DC 20024
Tel: (202)-783-5070
Fax: (202) 783-2331

Michael R. Ellis (Admitted Pro Hac Vice / ellis@fr.com)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
Fax: (214) 747-2091

**Attorneys for Defendant**
**MICRON TECHNOLOGY, INC**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MICRON TECHNOLOGY, INC.,<br><br>    Defendant. | Case No. 3:14-cv-03657-SI<br><br>**OMNIBUS ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DEFENDANT MICRON TECHNOLOGY, INC.'S *DAUBERT* MOTIONS, MOTION TO STRIKE PORTIONS OF THE MILANI REPORT, AND EXHIBITS TO *DAUBERTS*, MOTION TO STRIKE, AND MOTIONS *IN LIMINE***<br><br>Judge: Honorable Susan Illston |

1   Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Micron Technology, Inc.
2   ("Micron") hereby moves this Court for administrative relief to file under seal certain portions of
3   Micron's: *Daubert* Motion to Exclude Expert Testimony and Opinions of Mr. Ronald Epstein
4   ("Epstein *Daubert*"); *Daubert* Motion to Exclude Expert Testimony and Opinions of Michael K.
5   Milani ("Milani *Daubert*"); Motion to Strike Portions of the Milani Expert Report ("Motion to
6   Strike"); and Exhibits 1-3, 5-7, 11-24, and 29-30 attached to the Epstein *Daubert*, the Milani
7   *Daubert*, the Motion to Strike, and Damages Motions *In Limine* Nos. 1-5 (collectively, the "Under
8   Seal Materials").  The basis for asserting confidentiality and the grounds for filing under seal are
9   set forth below and in the accompanying Declaration of Michael R. Ellis ("Ellis AMFUS Decl.")
10  In Support of Administrative Motion to File Under Seal ("AMFUS").

11  Micron contends that the following are subject to under seal filing:

12  Micron respectfully requests to seal **Exhibit 1** to the Ellis Declaration.  Exhibit 1 is a true
13  and correct copy of Plaintiff MLC Intellectual Property, LLC's ("MLC's") Amended Expert
14  Report of Michael K. Milani. Exhibit 1 contains information which both parties have designated as
15  "Highly Confidential-Attorney's Eyes Only" in accordance with the Stipulated Protective Order in
16  this case.  For those reasons, good cause exists to redact the highlighted excerpts and figures of
17  Exhibit 1.  *See* Ellis AMFUS Decl. at ¶ 4.

18  Micron respectfully requests to seal **Exhibit 2** to the Ellis Declaration. Exhibit 2 is a true
19  and correct copy of the BTG-Hynix Patent License Agreement.  Exhibit 2 contains information
20  which MLC has designated as "Highly Confidential-Attorney's Eyes Only" in accordance with the
21  Stipulated Protective Order in this case.  For those reasons, good cause exists to seal Exhibit 2 in
22  its entirety.  *See* Ellis AMFUS Decl. at ¶ 5.

23  Micron respectfully requests to seal **Exhibit 3** to the Ellis Declaration.  Exhibit 3 is a true
24  and correct copy of the BTG-Toshiba Patent License Agreement.  Exhibit 3 contains information
25  which MLC has designated as "Highly Confidential-Attorney's Eyes Only" in accordance with the
26  Stipulated Protective Order in this case.  For those reasons, good cause exists to seal Exhibit 3 in
27  its entirety.  *See* Ellis AMFUS Decl. at ¶ 6.

28

1  Micron respectfully requests to seal **Exhibit 5** to the Ellis Declaration. Exhibit 5 is a true
2  and correct copy of MLC's Expert Report of Ronald Epstein. Exhibit 5 contains information
3  which both parties have designated as "Highly Confidential-Attorney's Eyes Only" in accordance
4  with the Stipulated Protective Order in this case. For those reasons, good cause exists to redact the
5  highlighted excerpts and figures of Exhibit 5. *See* Ellis AMFUS Decl. at ¶ 7.

6  Micron respectfully requests to seal **Exhibit 6** to the Ellis Declaration. Exhibit 6 is a true
7  and correct copy of the deposition transcript of Mr. Michael Milani. Exhibit 6 contains Micron's
8  sensitive and confidential financial and business information, which both parties have designated
9  as "Highly Confidential-Attorney's Eyes Only" in accordance with the Stipulated Protective Order
10 in this case. For those reasons, good cause exists to seal Exhibit 6 in its entirety. *See* Ellis
11 AMFUS Decl. at ¶ 8.

12 Micron respectfully requests to seal **Exhibit 7** to the Ellis Declaration. Exhibit 7 is a true
13 and correct copy of excerpts of the rough deposition transcript of Mr. Robert Liesegang. Exhibit 7
14 contains Micron's sensitive and confidential financial and business information, which Micron has
15 designated as "Highly Confidential-Attorney's Eyes Only" in accordance with the Stipulated
16 Protective Order in this case. For those reasons, good cause exists to seal Exhibit 7 in its entirety.
17 *See* Ellis AMFUS Decl. at ¶ 9.

18 Micron respectfully requests to seal **Exhibit 11** to the Ellis Declaration. Exhibit 11 is a
19 true and correct copy of excerpts of the deposition transcript of Mr. Simon Fisher. Exhibit 11
20 contains MLC's and BTG's sensitive and confidential financial and business information, which
21 MLC and BTG have designated as "Confidential" in accordance with the confidentiality provision
22 applicable to the ITC and which has been previously subject to an administrative motion to file
23 under seal (*see* Dkt. No. 406-7). For those reasons, good cause exists to seal Exhibit 11 in its
24 entirety. *See* Ellis AMFUS Decl. at ¶ 10.

25 Micron respectfully requests to seal **Exhibit 12** to the Ellis Declaration. Exhibit 12 is a
26 true and correct copy of an email exchange between Patrick Muir and Katherine Ray. Exhibit 12
27 was designated by Mr. Muir as "Confidential" in accordance with the Stipulated Protective Order
28

1  in this case. For those reasons, good cause exists to seal Exhibit 12 in its entirety. *See* Ellis
2  AMFUS Decl. at ¶ 11.

3  Micron respectfully requests to seal **Exhibit 13** to the Ellis Declaration. Exhibit 13 is a
4  true and correct copy of communications between BTG and Micron involving the Asserted Patent.
5  Exhibit 13 was designated by Micron as "Highly Confidential-Attorney's Eyes Only" in
6  accordance with the Stipulated Protective Order in this case. For those reasons, good cause exists
7  to seal Exhibit 13 in its entirety. *See* Ellis AMFUS Decl. at ¶ 12.

8  Micron respectfully requests to seal **Exhibit 14** to the Ellis Declaration. Exhibit 14 is a
9  true and correct copy of communications between BTG and Micron involving the Asserted Patent.
10 Exhibit 14 was designated by Micron as "Highly Confidential-Attorney's Eyes Only" in
11 accordance with the Stipulated Protective Order in this case. For those reasons, good cause exists
12 to seal Exhibit 14 in its entirety. *See* Ellis AMFUS Decl. at ¶ 13.

13 Micron respectfully requests to seal **Exhibit 15** to the Ellis Declaration. Exhibit 15 is a
14 true and correct copy of communications between BTG and Micron involving the Asserted Patent.
15 Exhibit 15 references Exhibit 14 and the confidential information contained therein, which was
16 designated by Micron as "Highly Confidential-Attorney's Eyes Only" in accordance with the
17 Stipulated Protective Order in this case. For those reasons, good cause exists to seal Exhibit 15 in
18 its entirety. *See* Ellis AMFUS Decl. at ¶ 14.

19 Micron respectfully requests to seal **Exhibit 16** to the Ellis Declaration. Exhibit 16 is a
20 true and correct copy of communications between BTG and Samsung. Exhibit 16 was designated
21 by BTG as "Confidential" in accordance with the Stipulated Protective Order in this case. For
22 those reasons, good cause exists to seal Exhibit 16 in its entirety. *See* Ellis AMFUS Decl. at ¶ 15.

23 Micron respectfully requests to seal **Exhibit 17** to the Ellis Declaration. Exhibit 17 is a
24 true and correct copy of communications between BTG and Hynix. Exhibit 17 was designated by
25 BTG as "Confidential" in accordance with the Stipulated Protective Order in this case. For those
26 reasons, good cause exists to seal Exhibit 17 in its entirety. *See* Ellis AMFUS Decl. at ¶ 16.

27
28

1  Micron respectfully requests to seal **Exhibit 18** to the Ellis Declaration.  Exhibit 18 is a true and correct copy of communications between Patrick Muir and Micron.  Exhibit 18 was designated by Mr. Muir as "Confidential" in accordance with the Stipulated Protective Order in this case.  For those reasons, good cause exists to seal Exhibit 18 in its entirety.  *See* Ellis AMFUS Decl. at ¶ 17.

Micron respectfully requests to seal **Exhibit 19** to the Ellis Declaration.  Exhibit 19 is a true and correct copy of communications between Patrick Muir and Micron.  Exhibit 19 was designated by Mr. Muir as "Confidential" in accordance with the Stipulated Protective Order in this case.  For those reasons, good cause exists to seal Exhibit 19 in its entirety.  *See* Ellis AMFUS Decl. at ¶ 18.

Micron respectfully requests to seal **Exhibit 20** to the Ellis Declaration.  Exhibit 20 is a true and correct copy of excerpts of the deposition transcript of Mr. David Westergard.  Exhibit 20 contains Micron's sensitive and confidential financial and business information, which Micron has designated as "Highly Confidential-Attorney's Eyes Only" in accordance with the Stipulated Protective Order in this case.  For those reasons, good cause exists to seal Exhibit 20 in its entirety.  *See* Ellis AMFUS Decl. at ¶ 19.

Micron respectfully requests to seal **Exhibit 21** to the Ellis Declaration.  Exhibit 21 is a true and correct copy of the deposition transcript of Mr. Ronald Epstein.  Exhibit 21 contains both parties' sensitive and confidential financial and business information, which the parties have designated as "Highly Confidential-Attorney's Eyes Only" in accordance with the Stipulated Protective Order in this case.  For those reasons, good cause exists to seal Exhibit 21 in its entirety.  *See* Ellis AMFUS Decl. at ¶ 20.

Micron respectfully requests to seal **Exhibit 22** to the Ellis Declaration.  Exhibit 22 is a true and correct copy of excerpts of Micron's Supplemental Response to MLC's Fifth Set of Interrogatories of December 14, 2018.  Exhibit 22 contains Micron's sensitive and confidential technical information, which Micron has designated as "Highly Confidential-Attorney's Eyes

1  Only" in accordance with the Stipulated Protective Order in this case.  For those reasons, good

2  cause exists to seal Exhibit 22 in its entirety.  *See* Ellis AMFUS Decl. at ¶ 21.

3        Micron respectfully requests to seal **Exhibit 23** to the Ellis Declaration.  Exhibit 23 is a

4  true and correct copy of MLC's engagement letter with Mr. Ronald Epstein.  Exhibit 23 contains

5  MLC's sensitive and confidential business information, which MLC has designated as "Highly

6  Confidential-Attorney's Eyes Only" in accordance with the Stipulated Protective Order in this

7  case.  For those reasons, good cause exists to seal Exhibit 23 in its entirety.  *See* Ellis AMFUS

8  Decl. at ¶ 22.

9        Micron respectfully requests to seal **Exhibit 24** to the Ellis Declaration.  Exhibit 24 is a

10 true and correct copy of the deposition transcript of Mr. Robert Hinckley.  Exhibit 24 contains

11 MLC's sensitive and confidential financial and business information, which MLC has designated

12 as "Highly Confidential-Attorney's Eyes Only" in accordance with the Stipulated Protective Order

13 in this case and which has been previously subject to an administrative motion to file under seal

14 (*see* Dkt. No. 301-6).  For those reasons, good cause exists to seal Exhibit 24 in its entirety.  *See*

15 Ellis AMFUS Decl. at ¶ 23.

16       Micron respectfully requests to seal **Exhibit 29** to the Ellis Declaration.  Exhibit 29 is a

17 true and correct copy of communications between BTG and Samsung.  Exhibit 16 was designated

18 by BTG as "Confidential" in accordance with the Stipulated Protective Order in this case.  For

19 those reasons, good cause exists to seal Exhibit 29 in its entirety.  *See* Ellis AMFUS Decl. at ¶ 24.

20       Micron respectfully requests to seal **Exhibit 30** to the Ellis Declaration.  Exhibit 30 is a

21 true and correct copy of excerpts of MLC's Second Supplemental Responses to Micron's Fourth

22 Set of Interrogatories of October 30, 2018.  Exhibit 30 contains Micron's sensitive and confidential

23 financial and business information, which Micron has designated as "Highly Confidential-

24 Attorney's Eyes Only" in accordance with the Stipulated Protective Order in this case.  For those

25 reasons, good cause exists to redact the highlighted excerpts of Exhibit 30.  *See* Ellis AMFUS

26 Decl. at ¶ 25.

27

28

1 | Micron further respectfully requests to seal the highlighted excerpts and figures in Micron's Epstein *Daubert*, Milani *Daubert*, Motion to Strike, and Motions *in Limine* Nos. 1-5, which discuss and include excerpts from Exhibits 1-3, 5-7, 11-24, and 29-30, which are exhibits that contain information and testimony regarding the parties' and non-parties' sensitive and confidential business information, and have been designated by Micron as "Confidential" or "Highly Confidential—Attorneys Eyes Only." Micron has accordingly endeavored to narrowly tailor its requested redactions in order to balance the public's interest with the parties' confidentiality interests and corresponding designations that have been applied to the aforementioned documents and information. For those reasons, good cause exists to seal the highlighted excerpts and figures of Micron's Epstein *Daubert*, Milani *Daubert*, and Motion to Strike. *See* Ellis AMFUS Decl. at ¶ 26.

As required by the Local Rule, Micron will file and serve this AMFUS and accompanying Ellis AMFUS Declaration on MLC, BTG, and Mr. Muir, as well as file a proof of service with the Court. Further, as required by Local Rule, Micron will file a redacted version of its Epstein *Daubert*, Milani *Daubert*, Motion to Strike, and Exhibits 1-3, 5-7, 11-24, and 29-30 on the public record as well as an unredacted versions that highlight portions of the Motions that have been omitted from the redacted version.

For the foregoing reasons, Micron respectfully requests that the Court grant Micron's request to file under seal the unredacted version of the Under Seal Materials, as set forth in the proposed Order accompanying this motion.

Dated: April 22, 2019

Respectfully Submitted,

FISH & RICHARDSON P.C.

By: /s/ Michael R. Ellis
Michael R. Ellis

**Counsel for Defendant
MICRON TECHNOLOGY, INC.**