UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC.,<br><br>Defendant<br><br>. | Case No. 14-cv-03657-SI<br><br>**ORDER DENYING MICRON'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL LETTER REQUESTING PERMISSION TO FILE 4 ADDITIONAL SUMMARY JUDGMENT MOTIONS**<br><br>Re: Dkt. No. 403 |

Micron filed an administrative motion to file under seal excerpts of its April 8, 2019 letter requesting leave to file four additional summary judgment motions. Micron requests that certain portions of the letter be filed under seal because those portions "contain information which the parties have properly designated as "Confidential" and/or "Highly Confidential – Attorneys' Eyes Only" under the protective order in this case. Livedalen Decl. ¶ 3. Micron also states it believes that "MLC has and will claim that some highlighted excerpts contain confidential and/or sensitive proprietary or business-related information." *Id*. ¶ 4. MLC did not file a declaration in support of the administrative motion to seal.

The Court DENIES the motion to seal. Mr. Livedalen's declaration does not explain with any specificity why the information Micron seeks to be filed under seal is confidential, nor does the declaration state which information is confidential to Micron versus MLC. Further, the highlighted information about Micron's products (such as their use of a resistor ladder) is contained in the public version of the letter ("Because there is no legitimate factual dispute regarding the operation and structure of Micron's products, their use of a resistor ladder . . ."), and thus Micron's own letter demonstrates why that information should not be filed under seal.

Micron shall file the letter without any redactions.

**IT IS SO ORDERED**.

Dated: April 25, 2019

_____
SUSAN ILLSTON
United States District Judge