UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC.,<br><br>Defendant. | Case No. 14-cv-03657-SI<br><br>**ORDER DENYING MICRON'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL REPLY IN SUPPORT OF MOTION TO STRIKE EPSTEIN DECLARATION AND EXHIBIT IN SUPPORT THEREOF**<br><br>Re: Dkt. No. 432 |

Micron has filed an administrative motion to file under seal portions of its reply brief in support of the motion to strike the Epstein declaration, as well as an exhibit to the reply brief. The Court DENIES the motion, as the material at issue was discussed in open court at the April 19, 2019 hearing on the motion. Further, while the Court permitted the parties to file under seal documents that reflected the parties' negotiations of the terms of the NDA, the fact that Mr. Epstein did not reveal the identity of his client prior to entering those negotiations is not confidential.

Micron shall file the reply and the exhibit in the public record.

**IT IS SO ORDERED**.

Dated: April 26, 2019

_____
SUSAN ILLSTON
United States District Judge