UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC.,<br><br>Defendant. | Case No. 14-cv-03657-SI<br><br>**ORDER RE: MLC'S OMNIBUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DAUBERT MOTIONS AND EXHIBITS**<br><br>Re: Dkt. No. 322 |

MLC filed an "omnibus" administrative motion seeking to file under seal portions of various *Daubert* motions as well as exhibits to those motions. MLC provided the Court with redacted versions of those documents and fully unredacted versions that do not contain highlighting of the portions of the motions that MLC seeks to file under seal. The Court cannot evaluate MLC's administrative motion to seal without highlighted versions of the motions. *See* Civil L.R. 79-5(d)(1)(D) ("The unredacted version must indicate, by highlighting or other clear method, the portions of the document that have been omitted from the redacted version . . . .").

Accordingly, MLC is directed to provide the Court with highlighted versions of the *Daubert* motions no later than **April 30, 2019**.

**IT IS SO ORDERED**.

Dated: April 26, 2019

_____
SUSAN ILLSTON
United States District Judge