United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC.,<br><br>Defendants. | Case No. 14-cv-03657-SI<br><br>**ORDER RE: MICRON'S OMNIBUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF MICRON'S DAUBERT MOTIONS, MOTION TO STRIKE AND EXHIBITS**<br><br>Re: Dkt. Nos. 442-443 |

On April 22, 2019, Micron filed two *Daubert* motions, a motion to strike, and motions in limine #1-5, as well as consolidated exhibits to those motions. Dkt. Nos. 442-449, 451-452. Micron also filed an omnibus administrative motion to file under seal portions of the *Daubert* motions and the motion to strike, as well as the exhibits. Dkt. Nos. 442-443. MLC filed a declaration in support of the omnibus administrative motion. Dkt. No. 469.

The Court has reviewed the materials provided and finds the following:

1. Although the filed exhibits (and the chambers copies provided to the Court) start with Exhibit 1 and end with Exhibit 30, the filings do not include the following exhibits: 4, 8-9, and 25-28. Micron is directed to file these documents and to provide the Court with chambers copies no later than **May 10, 2019**.

2. Micron seeks to file Exhibits 13-19 entirely under seal. With the exception of two words in Exhibit 15 (the identity of the licensees in the first paragraph), these letters do not discuss confidential technical information about Micron's products, nor do they appear to contain any confidential or sensitive business information of any party or non-party. Indeed, at least one of the documents references a press release and includes information

from that press release. Accordingly, Micron's motion to file Exhibits 13-14 and 16-19 under seal is DENIED and these exhibits shall be filed in the public record. Micron may file a redacted version of Exhibit 15 that redacts the names of the licensees.

3. Micron seeks to file Exhibit 22 entirely under seal. Exhibit 22 is an excerpt of Micron's supplemental responses to MLC's fifth set of interrogatories. The only part of this document that appears to contain sensitive business information is found at page 8, lines 1-15. The Court GRANTS Micron leave to file page 8, lines 1-15 of Exhibit 22 under seal; the remainder of that document shall be filed in the public record.

4. The Court GRANTS Micron's administrative motion to file under seal excerpts of the *Daubert* motions and the motion to strike, as well as the highlighted portions (or the entirety, as requested) of Exhibits 1-3, 5-7, 11-12, 20-21, 23-24, and 29-30.

**IT IS SO ORDERED**.

Dated: May 7, 2019

SUSAN ILLSTON
United States District Judge