UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., <br><br> Defendant. | Case No. 14-cv-03657-SI <br><br> **ORDER DIRECTING MICRON TO FILE A RESPONSE TO MLC'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION** <br><br> Re: Dkt. No. 479 |

MLC has filed a motion for leave to file a motion for reconsideration of this Court's Order Granting in Part and Denying in Part Micron's Motion to Strike Portions of the Lee Report, Dkt. No. 460. Pursuant to Civil Local Rule 7-9(d), the Court directs Micron to file a response to the motion no later than **May 17, 2019.**

**IT IS SO ORDERED**.

Dated: May 9, 2019

_____
SUSAN ILLSTON
United States District Judge