UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC.,<br><br>Defendant. | Case No. 14-cv-03657-SI<br><br>**ORDER DENYING MLC'S FIRST MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 479 |

The Court has reviewed MLC's first[1] motion for leave to file a motion for reconsideration of this Court's Order Granting in Part and Denying in Part Micron's Motion to Strike Portions of the Lee Report, as well as Micron's response.

The Court generally agrees with Micron's analysis as stated in the response, and concludes that there is no reason to grant reconsideration. The Court found – and continues to find – that MLC's infringement contentions did not disclose *any* structure for the comparator, and did not disclose a theory that the memory cell could be the comparator. That finding was the basis for striking portions of the Lee Report regarding the memory cell-as-comparator theory. The Court discussed MLC's statements during claim construction to make the point that the Lee Report was the first time that MLC disclosed a theory under which the comparator could be a memory cell.

**IT IS SO ORDERED**.

Dated: May 24, 2019

SUSAN ILLSTON
United States District Judge

---

[1] MLC has filed a second motion for leave to file a motion for reconsideration of a different portion of that order. Dkt. No. 558. The Court will issue a separate order regarding that motion.