UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC.,<br><br>Defendant. | Case No. 14-cv-03657-SI<br><br>**ORDER DENYING MLC'S SECOND MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 558 |

MLC has filed a second motion for leave to file a motion for reconsideration of a portion of this Court's Order Granting in Part and Denying in Part Micron's Motion to Strike Portions of the Lee Report.[1] Specifically, MLC requests reconsideration of the portion of the order striking paragraph 212 of the Lee Report. MLC has not demonstrated that reconsideration is warranted. *See generally* Civ. L.R. 7-9(b). Accordingly, MLC's motion is DENIED.

**IT IS SO ORDERED**.

Dated: May 24, 2019

SUSAN ILLSTON
United States District Judge

---

[1] Apropos of nothing relevant to the motion, MLC submitted as Exhibit A to the motion the parties' extensive e-mail correspondence with Judge Corley's chambers regarding scheduling the settlement conference in this case. This correspondence did not aid the Court in any way, and the Court finds that it is generally not appropriate for the parties to file *any* communications regarding settlement matters with the district court judge.