UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC, <br><br>Plaintiff, <br><br>v. <br><br>MICRON TECHNOLOGY, INC., et al., <br><br>Defendants. | Case No. 14-cv-03657-SI <br><br>**ORDER RE: ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** <br><br>Re: Dkt. Nos. 489, 498, 532 |

This order addresses several pending administrative motions to file under seal.

Dkt. No. 489: GRANTED as to Exhibits 4 and 5 and DENIED as to Exhibit 6. *See* Dkt. No. 509. MLC shall file a fully redacted version of Exhibit 6 in the public record.

Dkt. No. 498: GRANTED as to the first highlighted portion of the motion. DENIED as to the second highlighted portion of the motion which addresses MLC's damages case. There is nothing confidential about that section. MLC shall refile the opposition with the second highlighted portion in the public record.

Dkt. No. 532: DENIED. Micron states that material at issue is not confidential. Dkt. No. 552. MLC shall file a fully unredacted version of Exhibit 14[1] in the public record.

**IT IS SO ORDERED**.

Dated: June 3, 2019

SUSAN ILLSTON
United States District Judge

---

[1] Exhibit 14 is an exhibit to Mr. Marino's declaration filed in support of MLC's reply to "MLC's Damages-Related Motions in Limine Re Liesgang and Meyer." Exhibit 14 appears to be the only exhibit filed in connection with MLC's reply brief. Mr. Marino also filed a declaration in connection with MLC's Damages-Related Motions in Limine Re Liesgang and Meyer (Dkt. Nos. 453-454). That declaration contained Exhibits 1-14, and Exhibit 14 in support of the motion is different than the Reply Exhibit 14. It is unclear to the Court whether the Reply Exhibit is misnumbered and should be Exhibit 15, or whether the Reply Exhibit 14 replaces the original Exhibit 14.