UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., et al.,<br><br>Defendants. | Case No. 14-cv-03657-SI<br><br>**ORDER GRANTING MLC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF MARINO DECLARATION FILED AT DKT. 500**<br><br>Re: Dkt. Nos. 497, 500 |

The Court GRANTS MLC's administrative motion to seal portions of the Marino Declaration filed at Dkt. No. 500.

**IT IS SO ORDERED**.

Dated: June 4, 2019

SUSAN ILLSTON
United States District Judge