UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., et al.,<br><br>Defendants. | Case No. 14-cv-03657-SI<br><br>**ORDER RE: UPCOMING MOTIONS IN LIMINE** |

As discussed at the June 14, 2019 hearing, the parties may file no more than 5 additional motions in limine, and each motion, opposition and reply shall be no more than 5 pages long. The motions in limine shall be sequentially numbered (e.g., "MLC's Motion in Limine #1, MLC's Motion in Limine #2, etc.), and the oppositions and replies shall be titled correspondingly. In addition, the Court reminds the parties to strictly adhere to the Local Rules and this Court's Standing Order for all upcoming filings, including providing chambers copies with ECF notations, and the requirement that *all* papers presented for filing, including motions, comply with Civil Local Rule 3-4(c)(2):

> **Written Text:** Text must appear on one side only and must be double-spaced with no more than 28 lines per page, except for the identification of counsel, title of the case, footnotes and quotations. *Typewritten text may be no less than standard pica or 12-point type in the Courier font or equivalent, spaced 10 characters per horizontal inch. Printed text may be proportionally spaced, provided the type may not be smaller than 12-point standard font (e.g., Times New Roman). The text of footnotes and quotations must also conform to these font requirements.*

Civ. L.R. 3-4(c)(2) (emphasis added).

**IT IS SO ORDERED**.

Dated: June 14, 2019

_____
SUSAN ILLSTON
United States District Judge