UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC,<br>Plaintiff,<br>v.<br>MICRON TECHNOLOGY, INC.,<br>Defendant. | Case No. 14-cv-03657-SI<br><br>**ORDER SETTING SHORTENED BRIEFING SCHEDULES ON MICRON'S MOTION TO STRIKE SIMON FISHER AND MLC'S MOTION TO STRIKE ELI HARARI** |

The final pretrial conference is scheduled for July 16, 2019 at 10:00 a.m. On July 1, 2019, Micron filed a motion to strike Simon Fisher's name from MLC's trial witness list, and on July 5, 2019, MLC filed a motion to strike Eli Harari as a trial witness on "undisclosed subject matters and issues." Dkt. Nos. 637 & 657. Both motions are scheduled for a hearing on August 9, 2019, and for reasons that are unclear to the Court, neither party has requested an order shortening time.

As trial is scheduled to begin August 12, 2019, the Court intends to resolve both motions at the July 16 pretrial conference. **Accordingly, oppositions to both motions shall be filed no later than 2pm on July 11, and replies shall be filed by 5 pm on July 12.**

**IT IS SO ORDERED**.

Dated: July 9, 2019

SUSAN ILLSTON
United States District Judge