UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC, <br> Plaintiff, <br> v. <br> MICRON TECHNOLOGY, INC., <br> Defendant. | Case No. 14-cv-03657-SI <br><br> **ORDER RE: MICRON'S MOTION TO STRIKE MILANI REPORT AND DENYING AS MOOT MLC'S DAMAGES-RELATED MOTION IN LIMINE RE: LIESEGANG** <br><br> Re: Dkt. Nos. 450, 452 |

In various orders the Court has granted Micron's *Daubert* motions to exclude MLC's experts Ronald Epstein and Michael Milani. Micron has represented that if Epstein's testimony is excluded, it does not intend to call its rebuttal expert, Robert Liesegang. Accordingly, MLC's motion regarding that expert is DENIED as moot. In addition, for the reasons set forth in the Court's Order Granting in Part and Denying in Part Micron's Damages Motion in Limine No. 1, the Court GRANTS in part Micron's motion to strike the Milani Report. The remainder of Micron's motion to strike is DENIED as moot in light of the *Daubert* order.

**IT IS SO ORDERED**.

Dated: July 12, 2019

_____
SUSAN ILLSTON
United States District Judge