UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., *et al.*,<br><br>Defendants. | Case No. 19-cv-03345-SI<br><br>Case No. 14-cv-03657-SI<br><br>**ORDER UNRELATING CASES AND ORDER OF RECUSAL** |

On August 8, 2019, the Court related *MLC Intellectual Property, LLC v. Micron Technology, Inc. et al.*, Case No. 19-cv-03345-JD to *MLC Intellectual Property, LLC v. Micron Technology Inc.*, Case No. 14-cv-03657-SI. After the reassignment of the later-filed case, it came to the Court's attention that it is necessary to issue an Order of Recusal in 19-cv-3345. Accordingly, as a matter of judicial efficiency, the Court directs the Clerk to unrelate the two cases. I, the undersigned judge of the Court, finding myself disqualified in Case No. 19-cv-03345, hereby recuse myself from that case and request that the case be reassigned pursuant to the Assignment Plan.

**IT IS SO ORDERED**.

Dated: August 12, 2019

SUSAN ILLSTON
United States District Judge