UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC.,<br><br>Defendant. | Case No. 14-cv-03657-SI<br><br>**ORDER DIRECTING MICRON TO FILE A RESPONSE TO MLC'S "SUGGESTION REGARDING THE COURT'S RECUSAL"**<br><br>Re: Dkt. No. 702 |

On August 26, 2019, MLC filed a "Suggestion Regarding the Court's Recusal." Dkt. No. 702. MLC's "Suggestion" requests that the Court consider whether it should recuse itself from this case. Micron has not filed a response.

The Court directs Micron to file a response stating its view of MLC's "Suggestion." Micron's response shall be filed no later than **September 10, 2019**.

**IT IS SO ORDERED**.

Dated: September 5, 2019

_____

SUSAN ILLSTON
United States District Judge