United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC.,<br><br>Defendant. | Case No. 14-cv-03657-SI<br><br>**ORDER OF REFERRAL**<br>Re: Dkt. Nos. 702, 704 |

On August 26, 2019, plaintiff MLC Intellectual Property, LLC ("MLC") filed a "Suggestion Regarding the Court's Recusal" requesting that the Court consider whether it should recuse itself from this case pursuant to 28 U.S.C. §§455(a) and (b)(4). Dkt. No. 702. The Court directed defendant Micron to file a response, which it did on September 10, 2019. Dkt. No. 704.

The Court refers this matter to the Clerk so that another judge can determine whether recusal is warranted.

**IT IS SO ORDERED**.

Dated: September 11, 2019

SUSAN ILLSTON
United States District Judge